# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0079.  JOSEPH A. HERNDON v. THE STATE.**

On July 15, 2014, the trial court entered an order denying Joseph Herndon's petition to proceed as a pauper to appeal from the denial of his motion to modify sentence.[1] Herndon filed a motion for reconsideration, which the trial court denied on August 13, 2014. Herndon filed this application for discretionary appeal on September 30, 2014. We lack jurisdiction.

Herndon's application for discretionary appeal was docketed in this Court 77 days after the entry of the order he seeks to appeal. An application for discretionary appeal must be filed within 30 days of the order on appeal. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Therefore, Herndon's application is untimely as to

---

[1] Joseph Herndon was convicted of criminal attempt to commit armed robbery, aggravated assault, possession of a firearm during the commission of a crime, and possession of a firearm by a convicted felon. In *Herndon v. State*, 229 Ga. App. 457 (494 SE2d 262) (1997), we affirmed Herndon's convictions, except as to aggravated assault, and remanded the case for resentencing and a hearing on Herndon's claims of ineffective assistance of counsel. In *Herndon v. State*, 235 Ga. App. 258 (509 SE2d 142) (1998), we affirmed the trial court's denial of Herndon's motion for new trial alleging ineffective assistance. After the trial court denied motions for out of time appeal filed by Herndon in 2009 and 2010, Herndon filed a motion to modify his sentence, which the trial court denied on June 17, 2014.

the order denying his request to proceed as a pauper.[2] Herndon sought reconsideration of the court's July 15, 2014, order, but the denial of a motion for reconsideration is not directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). And the filing of such a motion does not extend the time for appealing the underlying judgment – here, the order denying the request to proceed in forma pauperis. Accordingly, we lack jurisdiction to consider this application, which is hereby *DISMISSED*.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,_____10/28/2014_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] Herndon argues in his application that he initially filed his application for discretionary appeal in the superior court on September 5, 2014, and that the trial should have instructed him to file it in this Court. Even if we were to accept Herndon's argument, his application is untimely nonetheless.